**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William F. McNamee<br>　　aka Bill F. McNamee, Sr.<br>　　aka William F. McNamee, Sr.<br>　　aka William Francis McNamee<br>　　Eleanor M. McNamee<br>　　aka Eleanor Marie McNamee<br><br>　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 19-10570 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq**
　　　　　　　　　　　　　　　　　　Rebecca A Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322