# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**WILLIAM F. MCNAMEE AND**<br>**ELEANOR M. MCNAMEE**<br><br>**DEBTORS** | **BANKRUPTCY NO. 19-10570**<br>**CHAPTER 13** |
|---|---|

# O R D E R

AND NOW, upon consideration of Debtors' Motion to Extend the Automatic Stay pursuant to §362 of the United States Bankruptcy Code, Subsection (c)(3)(B), in the above-captioned matter, and upon consideration of any responses thereto, it is hereby:

ORDERED that the Automatic Stay, provided under 11 U.S.C. 362, with respect to all secured, priority, and unsecured creditors in this matter is extended and remains in full force and effect.

**Date: February 15, 2019**

BY THE COURT:

_____
J

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Ave.
Reading, PA 19606