United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10570-ref
William F. McNamee                                                        Chapter 13
Eleanor M. McNamee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2           Date Rcvd: Feb 13, 2019
                              Form ID: 309I           Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
```
db/jdb          William F. McNamee,    Eleanor M. McNamee,    246 McCoy Ln,    Leesport, PA  19533-9295
tr             +SCOTT WATERMAN,   Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14265660        AT&T Universal Card,    PO Box 70166,    Philadelphia, PA  19176-0166
14265663        Cabelas WFB,    PO Box 82608,    Lincoln, NE  68501-2608
14265666        Capital One/ Cabelas,    4800 NW 1st St Ste 300,    Lincoln, NE  68521-4463
14265678       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14265683        Phila Police & Fire FCU,    901 Arch St,    Philadelphia, PA  19107-2404
14265691        SYNCB/Cutting Edge,    PO Box 956036,    Orlando, FL  32801-5036
14265686        Subaru Motors Finance/Chase,    PO Box 182055,    Columbus, OH  43218-2055
14265701        Universal CD CBNA,    PO Box 6241,    Sioux Falls, SD  57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: shawn_lau@msn.com Feb 14 2019 02:48:40      SHAWN J. LAU,    Lau & Associates,
                 4228 St. Lawrence Avenue,    Reading, PA 19606
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2019 02:49:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2019 02:49:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 14 2019 02:49:23      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14265661        EDI: CITICORP.COM Feb 14 2019 07:28:00      AT&T/Citi,    PO Box 6500,
                 Sioux Falls, SD  57117-6500
14265659        EDI: CHASE.COM Feb 14 2019 07:28:00      Amazon/Chase,    PO Box 15298,
                 Wilmington, DE  19850-5298
14265662        EDI: BANKAMER.COM Feb 14 2019 07:28:00      Bank of America,    PO Box 982238,
                 El Paso, TX  79998-2238
14265676        EDI: WFNNB.COM Feb 14 2019 07:28:00      CP/Bon Ton,    PO Box 182789,    Columbus, OH  43218-2789
14265664        E-mail/Text: cms-bk@cms-collect.com Feb 14 2019 02:48:59      Capital Management Services, LP,
                 698 1/2 S Ogden St,    Buffalo, NY  14206-2317
14265665        EDI: CAPITALONE.COM Feb 14 2019 07:28:00      Capital One Bank USA N,    10700 Capitol One Way,
                 Glen Allen, VA  23060-9243
14265667        EDI: CAPITALONE.COM Feb 14 2019 07:28:00      Capital One/Bon Ton,    PO Box 30253,
                 Salt Lake City, UT  84130-0253
14265668        EDI: CAPITALONE.COM Feb 14 2019 07:28:00      Capital One/Boscovs,    PO Box 30253,
                 Salt Lake City, UT  84130-0253
14265669        EDI: CHASE.COM Feb 14 2019 07:28:00      Chase / Bank One Card Serv,    PO Box 15298,
                 Wilmington, DE  19850-5298
14265670        EDI: CHASE.COM Feb 14 2019 07:28:00      Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE  19850-5298
14265671        EDI: CHASE.COM Feb 14 2019 07:28:00      Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
14265672        EDI: WFNNB.COM Feb 14 2019 07:28:00      Comenity Bank/Peebles,    PO Box 182789,
                 Columbus, OH  43218-2789
14265673        EDI: WFNNB.COM Feb 14 2019 07:28:00      Comenity Capital/YRTUI,    PO Box 182120,
                 Columbus, OH  43218-2120
14265675        EDI: WFNNB.COM Feb 14 2019 07:28:00      ComenityCB/JJill,    PO Box 182120,
                 Columbus, OH  43218-2120
14265674        EDI: WFNNB.COM Feb 14 2019 07:28:00      ComenityCapitalBank/Bosc,    PO Box 182120,
                 Columbus, OH  43218-2120
14265677        EDI: DISCOVER.COM Feb 14 2019 07:28:00      Discover Financial Services, LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
14265679        EDI: RMSC.COM Feb 14 2019 07:28:00      Home/Synchrony,    Attn: BK Department,    PO Box 965061,
                 Orlando, FL  32896-5061
14265680        EDI: CBSKOHLS.COM Feb 14 2019 07:28:00      Kohls Department Store,    PO Box 3115,
                 Milwaukee, WI  53201-3115
14265680        E-mail/Text: bncnotices@becket-lee.com Feb 14 2019 02:48:51      Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI  53201-3115
14265681        EDI: RMSC.COM Feb 14 2019 07:28:00      Lenscrafters/Synchrony Bank,    Attn: BK Department,
                 PO Box 965061,    Orlando, FL  32896-5061
14265682        E-mail/Text: camanagement@mtb.com Feb 14 2019 02:48:59      M&T Bank,
                 M&T Bank Lending Services,    PO Box 1288,    Buffalo, NY  14240-1288
14265687        EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/ Lowes,    PO Box 965005,    Orlando, FL  32896-5005
14265688        EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/ QVC,    PO Box 965005,    Orlando, FL  32896-5005
14265689        EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/ Sam's Club DC,    PO Box 965036,
                 Orlando, FL  32896-5036
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                   Date Rcvd: Feb 13, 2019
                              Form ID: 309I              Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14265690       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/Car Care Mein&Maco,    PO Box 965001,
               Orlando, FL   32896-5001
14265692       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/HH Gregg,    PO Box 965036,
               Orlando, FL   32896-5036
14265693       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/JCPenny,    PO Box 965007,
               Orlando, FL   32896-5007
14265694       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/Sams Club,    PO Box 965005,
               Orlando, FL   32896-5005
14265695       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/Sams Club,    PO Box 965036,
               Orlando, FL   32896-5036
14265696       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/Sams Club Dual Card,    PO Box 965005,
               Orlando, FL   32896-5005
14265697       EDI: RMSC.COM Feb 14 2019 07:28:00      SYNCB/TJx CO,    PO Box 965015,   Orlando, FL   32896-5015
14265684       EDI: SEARS.COM Feb 14 2019 07:28:00     Sears Credit Cards,    PO Box 6282,
               Sioux Falls, SD   57117-6282
14265685       EDI: SEARS.COM Feb 14 2019 07:28:00     Sears/CBNA,    PO Box 6282,
               Sioux Falls, SD   57117-6282
14266669      +EDI: RMSC.COM Feb 14 2019 07:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
14265698       EDI: WTRRNBANK.COM Feb 14 2019 07:28:00      TD Bank USA/ TargetCredit,    PO Box 673,
               Minneapolis, MN   55440-0673
14265699       EDI: CITICORP.COM Feb 14 2019 07:28:00      The Home Depot/CBNA,    PO Box 6497,
               Sioux Falls, SD   57117-6497
14265700       EDI: RMSC.COM Feb 14 2019 07:28:00      Toro Consumer/Sychrony Bank,    Attn: BK Department,
               PO Box 965061,    Orlando, FL   32896-5061
                                                                                               TOTAL: 41

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +SCOTT WATERMAN,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
               Reading, PA 19606-2265
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:
```
              SCOTT   WATERMAN    on behalf of Trustee SCOTT  WATERMAN ECFmail@fredreiglech13.com,
               ECF_FRPA@Trustee13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              SHAWN J. LAU    on behalf of Debtor William F. McNamee shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Joint Debtor Eleanor M. McNamee shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William F. McNamee** | Social Security number or ITIN | xxx–xx–6212 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Eleanor M. McNamee** | Social Security number or ITIN | xxx–xx–2063 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter | 13   1/30/19 |
| Case number: | 19–10570–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William F. McNamee | Eleanor M. McNamee |
| 2. | **All other names used in the last 8 years** | aka Bill F. McNamee Sr., aka William F. McNamee Sr., aka William Francis McNamee | aka Eleanor Marie McNamee |
| 3. | **Address** | 246 McCoy Ln<br>Leesport, PA 19533–9295 | 246 McCoy Ln<br>Leesport, PA 19533–9295 |
| 4. | **Debtor's attorney**<br>Name and address | SHAWN J. LAU<br>Lau & Associates<br>4228 St. Lawrence Avenue<br>Reading, PA 19606 | Contact phone (610) 370–2000<br><br>Email:  shawn_lau@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT WATERMAN<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email:  ECFmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 2/13/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 12, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/11/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $392.06 per month for 60 months. The plan is enclosed.<br>The hearing on confirmation will be held on:<br>**4/25/19 at 09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |