United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10570-ref
William F. McNamee                                              Chapter 13
Eleanor M. McNamee
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: pdf900          Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
```
db/jdb         William F. McNamee,    Eleanor M. McNamee,    246 McCoy Ln,    Leesport, PA  19533-9295
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14265660       AT&T Universal Card,    PO Box 70166,    Philadelphia, PA  19176-0166
14265661       AT&T/Citi,    PO Box 6500,    Sioux Falls, SD  57117-6500
14265659       Amazon/Chase,    PO Box 15298,    Wilmington, DE  19850-5298
14265662     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
14265663       Cabelas WFB,    PO Box 82608,    Lincoln, NE  68501-2608
14265666       Capital One/ Cabelas,    4800 NW 1st St Ste 300,    Lincoln, NE  68521-4463
14265669       Chase / Bank One Card Serv,    PO Box 15298,    Wilmington, DE  19850-5298
14265670       Chase Bank USA NA,    PO Box 15298,    Wilmington, DE  19850-5298
14265671       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
14265678      +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14273778      +Lakeview Loan Servicing c/o Rebecca A. Solarz, Esq,     701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14265683       Phila Police & Fire FCU,    901 Arch St,    Philadelphia, PA  19107-2404
14273636      +Police and Fire Federal Credit Union,    3333 Street Road,    Bensalem, PA 19020-2022
14265691       SYNCB/Cutting Edge,    PO Box 956036,    Orlando, FL  32801-5036
14265684       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD  57117-6282
14265685       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD  57117-6282
14265686       Subaru Motors Finance/Chase,    PO Box 182055,    Columbus, OH  43218-2055
14265698       TD Bank USA/ TargetCredit,    PO Box 673,    Minneapolis, MN  55440-0673
14265699       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
14265701       Universal CD CBNA,    PO Box 6241,    Sioux Falls, SD  57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2019 02:47:56
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2019 02:48:27     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14265676       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 02:47:18     CP/Bon Ton,
               PO Box 182789,    Columbus, OH  43218-2789
14265664       E-mail/Text: cms-bk@cms-collect.com Feb 16 2019 02:47:14     Capital Management Services, LP,
               698 1/2 S Ogden St,    Buffalo, NY  14206-2317
14265665       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 16 2019 02:57:24
               Capital One Bank USA N,    10700 Capitol One Way,    Glen Allen, VA  23060-9243
14265667       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 16 2019 02:57:53     Capital One/Bon Ton,
               PO Box 30253,    Salt Lake City, UT  84130-0253
14265668       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 16 2019 02:57:53     Capital One/Boscovs,
               PO Box 30253,    Salt Lake City, UT  84130-0253
14265672       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 02:47:18     Comenity Bank/Peebles,
               PO Box 182789,    Columbus, OH  43218-2789
14265673       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 02:47:18     Comenity Capital/YRTUI,
               PO Box 182120,    Columbus, OH  43218-2120
14265675       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 02:47:19     ComenityCB/JJill,
               PO Box 182120,    Columbus, OH  43218-2120
14265674       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 16 2019 02:47:19     ComenityCapitalBank/Bosc,
               PO Box 182120,    Columbus, OH  43218-2120
14265677       E-mail/Text: mrdiscen@discover.com Feb 16 2019 02:46:57     Discover Financial Services, LLC,
               PO Box 15316,    Wilmington, DE  19850-5316
14265679       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:21     Home/Synchrony,
               Attn: BK Department,    PO Box 965061,    Orlando, FL  32896-5061
14265680       E-mail/Text: bncnotices@becket-lee.com Feb 16 2019 02:47:04     Kohls Department Store,
               PO Box 3115,    Milwaukee, WI  53201-3115
14265681       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:21     Lenscrafters/Synchrony Bank,
               Attn: BK Department,    PO Box 965061,    Orlando, FL  32896-5061
14265682       E-mail/Text: camanagement@mtb.com Feb 16 2019 02:47:14     M&T Bank,
               M&T Bank Lending Services,    PO Box 1288,    Buffalo, NY  14240-1288
14265687       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:21     SYNCB/ Lowes,    PO Box 965005,
               Orlando, FL  32896-5005
14265688       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:51     SYNCB/ QVC,    PO Box 965005,
               Orlando, FL  32896-5005
14265689       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:22     SYNCB/ Sam's Club DC,
               PO Box 965036,    Orlando, FL  32896-5036
14265690       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:22     SYNCB/Car Care Mein&Maco,
               PO Box 965001,    Orlando, FL  32896-5001
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: pdf900          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14265692       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:52     SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL  32896-5036.
14265693       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:21     SYNCB/JCPenny,    PO Box 965007,
                 Orlando, FL  32896-5007.
14265694       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:22     SYNCB/Sams Club,    PO Box 965005,
                 Orlando, FL  32896-5005.
14265695       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:51     SYNCB/Sams Club,    PO Box 965036,
                 Orlando, FL  32896-5036.
14265696       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:51     SYNCB/Sams Club Dual Card,
                 PO Box 965005,    Orlando, FL  32896-5005.
14265697       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:51     SYNCB/TJx CO,    PO Box 965015,
                 Orlando, FL  32896-5015.
14266669      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021.
14265700       E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 02:57:22     Toro Consumer/Sychrony Bank,
                 Attn: BK Department,    PO Box 965061,    Orlando, FL  32896-5061.
                                                                                                 TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
            REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
            SCOTT   WATERMAN    on behalf of Trustee SCOTT   WATERMAN ECFmail@fredreiglech13.com,
             ECF_FRPA@Trustee13.com
            SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
            SHAWN J. LAU    on behalf of Debtor William F. McNamee shawn_lau@msn.com,
             g61705@notify.cincompass.com
            SHAWN J. LAU    on behalf of Joint Debtor Eleanor M. McNamee shawn_lau@msn.com,
             g61705@notify.cincompass.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | BANKRUPTCY NO. 19-10570 |
| WILLIAM F. MCNAMEE AND | CHAPTER 13 |
| ELEANOR M. MCNAMEE | |
| | |
| DEBTORS | |

## O R D E R

AND NOW, upon consideration of Debtors' Motion to Extend the Automatic Stay pursuant to §362 of the United States Bankruptcy Code, Subsection (c)(3)(B), in the above-captioned matter, and upon consideration of any responses thereto, it is hereby:

ORDERED that the Automatic Stay, provided under 11 U.S.C. 362, with respect to all secured, priority, and unsecured creditors in this matter is extended and remains in full force and effect.

**Date: February 15, 2019**

BY THE COURT:

_____
J

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Ave.
Reading, PA 19606