# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| William F. McNamee | : Case No.: 19-10570 |
|   AKA Bill F. McNamee, Sr., | : Chapter 13 |
|   AKA William F. McNamee, Sr., | : Judge Richard E. Fehling |
|   AKA William Francis McNamee | : * * * * * * * * * * * * * * * * * * * * * * * |
| Eleanor M. McNamee | : |
|   AKA Eleanor Marie McNamee | : |
| | |
|   Debtor(s). | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-007136

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

19-007136_KV

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall
    Sarah E. Barngrover
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

19-007136_KV

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| **William F. McNamee** : | Case No.: 19-10570 |
|   AKA Bill F. McNamee, Sr., : | Chapter 13 |
|   AKA William F. McNamee, Sr., : | Judge Richard E. Fehling |
|   AKA William Francis McNamee : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Eleanor M. McNamee** : | |
|   AKA Eleanor Marie McNamee : | |
| : | |
|   **Debtor(s).** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

  Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606

  Shawn J. Lau, Attorney for William F. McNamee and Eleanor M. McNamee, Lau & Associates, 4228 St. Lawrence Avenue, Reading, PA 19606, shawn_lau@msn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 20, 2019:

  William F. McNamee and Eleanor M. McNamee, 246 McCoy Ln, Leesport, PA 19533-9295


DATE: _February 20, 2019_

                                                                /s/ Karina Velter
                                                                Karina Velter, Esquire (94781)
                                                                Adam B. Hall
                                                                Sarah E. Barngrover
                                                                Manley Deas Kochalski LLC
                                                                P.O. Box 165028
                                                                Columbus, OH 43216-5028
                                                                Telephone: 614-220-5611


19-007136_KV

        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

19-007136_KV