Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>WILLIAM F. MCNAMEE AND<br>ELEANOR M. MCNAMEE<br><br>DEBTORS | BANKRUPTCY NO. 19-10570<br><br>CHAPTER 13 |
|---|---|

**NOTICE OF HEARING ON DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTION 363 FOR AUTHORITY TO SELL REAL ESTATE LOCATED AT 000 MCCOY LANE, LEESPORT, BERKS COUNTY, PENNSYLVANIA 19533, TAX IDENTIFICATION NUMBER 27-4399-03-14-167 FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS**

NOTICE IS HEREBY GIVEN THAT the Debtors have filed the above-captioned motion ("Motion") seeking authority to sell real estate located at 000 McCoy Lane, Leesport, Berks County, Pennsylvania 19533, Tax Identification Number 27-4399-03-14-167 Free and Clear of Liens and Encumbrances and to Permit Distribution of Sale Proceeds pursuant to Section 363 of the Bankruptcy Code and for distribution of sale proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.**

If you do not want the Court to approve the Motion, or if you want the court to consider your views, then not later than May 8, 2019, you or your attorney must do all of the following:

A. File a written objection explaining your position with the Clerk of the Bankruptcy Court at the following address:

Bankruptcy Clerk United States Bankruptcy Court
Eastern District of Pennsylvania
Suite 300, The Madison Building
400 Washington Street

Reading, PA 19601

If you mail your objection to the Clerk's Office, you must mail it early enough so that it will be received on or before the date stated above; and

    B. Cause a true and correct copy of your objection to be delivered to the Debtors' attorney, by hand delivery, overnight courier or facsimile transmission, at the address and/or facsimile number indicated below:

Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
Fax: 610-370-0700

1. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

2. A hearing will be held before The Honorable Richard E. Fehling, United States Bankruptcy Judge **Thursday, May 16, 2019 at 9:30 AM** in the Madison Building, 400 Washington Street, Reading, PA 19601, to consider and rule upon the Motion and the sale transaction described therein.

3. The terms and conditions of the proposed sale of Real Estate are as follows:

    a. The sale price is $90,000.00 to be paid by the Buyers, Jeremy Marko and Jamie Marko.

    b. Distribution is to be as follows and this order of distribution:

        i. All real estate taxes and other obligations owed by the Movants under the terms of the Agreement of Sale;

        ii. The usual and customary costs of settlement paid by sellers pertaining to the transfer of real estate in Berks County, Pennsylvania, including but not limited to the realty transfer tax, if any;

        iii. The Broker's commission of 6% of the Purchase Price which represents a 50-50 split between the Sellers' Broker agent and the Buyers' Broker agent;

        iv. The amount of $1,500.00 to be held by the title agency to pay Debtors' Counsel legal fees subject to Bankruptcy Court Approval;

        v. Any Chapter 13 Trustees commissions due and owing;

      vi. The Debtors, pursuant to exemptions claimed in the Petition or in any amendment thereof and otherwise, to be placed immediately into a tenants by the entireties account.

   c. Debtors' counsel hereby certifies that there are no secured creditors with liens on this real estate.

Copies of the Motion and proposed Order are on file and may be examined in the office of the Bankruptcy Clerk, Suite 300, The Madison Building, 400 Washington Street, Reading, PA 19601 or may be obtained upon written request to counsel for the Debtor, whose name and address appears above.

The hearing may be adjourned or continued from time to time by announcement made in open Court without further written notice to creditors or parties in interest. You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been adjourned or continued.

Date: __4/24/2019__                          By: /s/ Shawn J. Lau
                                                               Shawn J. Lau, Esq.
                                                                Lau & Associates, P.C.