**Fill in this information to identify your case:**

Debtor 1  **William F. McNamee**
          First Name   Middle Name   Last Name

Debtor 2  **Eleanor M. McNamee**
(Spouse if, filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number   **4:19-bk-10570**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ William F. McNamee**                    X  **/s/ Eleanor M. McNamee**
   **William F. McNamee**                           **Eleanor M. McNamee**
   Signature of Debtor 1                             Signature of Debtor 2

   Date  **April 24, 2019**                        Date  **April 24, 2019**