**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William** First Name | **F.** Middle Name | **McNamee** Last Name |
| Debtor 2 (Spouse if, filing) | **Eleanor** First Name | **M.** Middle Name | **McNamee** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): 4:19-bk-10570

■ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **M&T Bank**<br>Creditor's Name<br><br>**M&T Bank Lending Services**<br>**PO Box 1288**<br>**Buffalo, NY 14240-1288**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**246 McCoy Ln, Leesport, PA 19533-9295**<br>**3 Bedrooms, 2 baths and approximately 2,360 sq ft on 2.93 acres of land** | $171,221.00 | $377,685.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number    **9258**

| Debtor 1 | **William F. McNamee** | | | Case number (if known) | **4:19-bk-10570** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Eleanor M. McNamee** | | | | |
| | First Name | Middle Name | Last Name | | |

**2.2** **Police and Fire Credit Union**
Creditor's Name

**Describe the property that secures the claim:** $12,643.88    $377,685.00    $0.00

246 McCoy Ln, Leesport, PA 19533-9295
3 Bedrooms, 2 baths and approximately 2,360 sq ft on 2.93 acres of land

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Home Equity Loan**

**Date debt was incurred**            **Last 4 digits of account number**    **0103**

---

**2.3** **Subaru Motors Finance/Chase**
Creditor's Name

**Describe the property that secures the claim:** $19,205.00    $26,490.00    $0.00

2017 Subaru Forester AWD good condition - Jointly owned by husband and wife

PO Box 182055
Columbus, OH
43218-2055

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**            **Last 4 digits of account number**    **5006**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$203,069.88**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    **$203,069.88**

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.