Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> **WILLIAM F. MCNAMEE AND** <br> **ELEANOR M. MCNAMEE** <br><br> **DEBTORS** | **BANKRUPTCY NO. 19-10570** <br><br> **CHAPTER 13** |

### CERTIFICATE OF SERVICE

I, Shawn J. Lau, Esquire of Lau & Associates, P.C., hereby certifies that true and correct copies of the Debtors' Second Amended Pre-confirmation Chapter 13 Plan was served via electronic means and/or United States First Class Mail, postage prepaid, on this 1st day of October, 2019 upon the parties on the below.

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606

JP Morgan Chase Bank, N.A.
c/o Karina Velter
Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216

M&T Bank
c/o Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Berks County Tax Claim Bureau
633 Court Street, 2nd Floor
Berks County Services Center
Reading, PA 19601

Philadelphia Police & Fire FCU
901 Arch St
Philadelphia, PA  19107-2404

                                              **LAU & ASSOCIATES, P.C.**

                                              */s/ Shawn J. Lau*
                                              Shawn J. Lau, Esquire
                                              Attorney for Debtor
                                              4228 St. Lawrence Avenue
                                              Reading, PA  19606
                                              610-370-2000 phone
                                              shawn_lau@msn.com