**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>WILLIAM F. MCNAMEE AND<br>ELEANOR M. MCNAMEE<br><br>DEBTORS | BANKRUPTCY NO. 19-10570<br><br>CHAPTER 13 |
|---|---|

**NOTICE OF FILING OF APPLICATION BY SHAWN J. LAU, ESQUIRE OF LAU & ASSOCIATES, P.C., ATTORNEY FOR THE DEBTORS, WILLIAM F. MCNAMEE AND ELEANOR M. MCNAMEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES THROUGH OCTOBER 22, 2019**

TO THE CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES REQUESTING NOTICES:

Official NOTICE IS GIVEN THAT an Application by Shawn J. Lau, of Lau & Associates, P.C for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred through October 22, 2019 has been filed with the Court. The Applicant requests that it be allowed an interim allowance of compensation for services rendered in the amount of $5,000.00, reimbursement of filing expenses incurred in the amount of $310.00 from January 10, 2019 through October 22, 2019 and that Lau & Associates, P.C. may apply the $1,100.00 retainer paid for fees, and the amount paid for the filing fee.

The Debtors, Debtors' Counsel, United States Trustee, all creditors and Parties requesting Notices wishing to answer, object, or respond to the Application or request a hearing shall submit such answers, objections, responsive pleadings or request for a hearing, in writing, within twenty-one (21) days from the date of this Notice to the Docket Clerk, United States Bankruptcy Court, The Madison Building, 4th & Washington St. Reading, PA 19601.

In the absence of any answers, objections or responsive pleadings or requests for hearing, the Applicant shall certify to the Court the absence of such filing and the serving within twenty-one (21) days from the date of this Notice and the Court may, upon consideration of the record, grant the Application and the Court may enter an order granting the relief requested in the Application.

Dated: **October 22, 2019**          /s/*Shawn J. Lau*
                                      Shawn J. Lau, Esquire
                                      Lau & Associates, P.C.
                                      4228 St. Lawrence Avenue
                                      Reading, PA 19606
                                      610-370-2000 phone