## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**WILLIAM F. MCNAMEE AND**<br>**ELEANOR M. MCNAMEE**<br><br>**DEBTORS** | **BANKRUPTCY NO. 19-10570**<br><br>**CHAPTER 13** |
|---|---|

### ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,000.00 and $310.00 in reimbursement of costs and expenses, for a total of $5,310.00.**

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,100.00 in compensation and $310.00 in costs** which was paid by the Debtor(s) prepetition, which Applicant may apply to their compensation and expenses, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge