## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William F. McNamee aka Bill F. McNamee, Sr. aka William F. McNamee, Sr. aka William Francis McNamee<br>　　　　Eleanor M. McNamee aka Eleanor Marie McNamee<br>　　　　　　　　　Debtors<br><br>　　　　　　vs.<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 19-10570 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Response of Lakeview Loan Servicing, LLC to Debtor's Motion to Sell, which was filed with the Court on or about April 21, 2020 (Document No. 54).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

April 28, 2020