```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 19-10570-pmm
William F. McNamee                                                  Chapter 13
Eleanor M. McNamee
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-4           User: JEGilmore              Page 1 of 1              Date Rcvd: May 07, 2020
                               Form ID: pdf900              Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db/jdb         William F. McNamee,    Eleanor M. McNamee,    246 McCoy Ln,    Leesport, PA 19533-9295
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2020 03:15:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2020 03:15:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 03:24:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHAWN J. LAU    on behalf of Joint Debtor Eleanor M. McNamee shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Debtor William F. McNamee shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>WILLIAM F. MCNAMEE AND<br>ELEANOR M. MCNAMEE<br><br>    DEBTORS | BANKRUPTCY NO. 19-10570<br><br>CHAPTER 13 |

**ORDER TO SELL REAL ESTATE LOCATED AT LOCATED AT 246 MCCOY LANE, LEESPORT, BERKS COUNTY, PENNSYLVANIA 19533 AND THE CONTIGUOUS LOT IDENTIFIED AS TAX IDENTIFICATION NUMBER 27-4399-03-14-1673 FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS**

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interest of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 246 McCoy Lane, Leesport, Berks County, Pennsylvania 19533 and the contiguous lot identified as Tax Identification Number 27-4399-03-14-1673 to Daniel Landgrebe and Denise Landgrebe for the sum of $340,000.00 in accordance with terms and conditions as follows:

    a. The sale price is $340,000.00 to be paid by the buyers, Daniel Landgrebe and Denise Landgrebe.

    b. Distribution is to be as follows and this order of distribution:

        i.    All real estate taxes and other obligations owed by the Movants under the terms of the Agreement of Sale;

        ii.    The usual and customary costs of settlement paid by sellers pertaining to the transfer of real estate in Berks County, Pennsylvania, including but not limited to the realty transfer tax, if any;

        iii.    Payment of the secured mortgage claim of M&T Bank, Claim 20-1, subject to a proper, current payoff amount at time of closing;

    iv.    Payment of the secured mortgage claim of the Police and Fire Federal Credit Union, Claim 2-1, in an amount of up to $10,958.46;

    v.    Payment of the secured tax claim of the Berks County Tax Claim Bureau, Claim 9-1, in an amount of up to $536.09;

    vi.    The Broker's commission of 6% of the Purchase Price which will be split 50-50 between the Sellers' Broker agent and the Buyers' Broker agent;

    vii.    The amount of $1,700.00 to be held by the title agency to pay Debtors' Counsel legal fees subject to Bankruptcy Court Approval;

    viii.    Any Chapter 13 Trustees commissions due and owing;

    ix.    Payment of the balance of the Chapter 13 plan;

    x.    The Debtors, pursuant to exemptions claimed in the Petition or in any amendment thereof and otherwise, to be placed immediately into a tenants by the entireties account.

c. Debtor's counsel hereby certifies that there are no secured creditors with liens on this real estate which will not be satisfied by the proceeds from the sale.

IT IS FURTHER ORDERED that the Debtor provide the Chapter 13 Trustee with the HUD1 within ten (10) days of the closing.

BY THE COURT:

*Patricia M. Mayer*

Dated: May 7, 2020

Patricia M. Mayer
United States Bankruptcy Judge

Copies to:

Shawn J. Lau, Esquire
4228 St. Lawrence Avenue
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500

Philadelphia, PA 19107

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606

Keller Williams Platinum Realty
Attn: Taylor Ferretti
711 Spring Street
Wyomissing, PA 19610