Certificate Number: 17572-PAE-DE-034570793

Bankruptcy Case Number: 19-10570



17572-PAE-DE-034570793

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2020, at 7:11 o'clock AM PDT, Eleanor M Mcnamee completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 17, 2020                By:    /s/Benjamin E Wunsch

                                                                             Name:  Benjamin E Wunsch

                                                                             Title:  Counselor