**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**WILLIAM F. MCNAMEE AND**<br>**ELEANOR M. MCNAMEE**<br><br>**DEBTORS** | BANKRUPTCY NO. 19-10570<br><br>CHAPTER 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the Post-Confirmation Application For Compensation And Reimbursement Of Expenses Including The Sale Of Real Estate Located At **246 McCoy lane, Leesport, Pennsylvania 19533 and the Contiguous Lot Identified as Tax Identification Number 27-4399-03-14-1673** ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,700.00.**

3. The Applicant is authorized to receive and apply the allowed compensation set forth in ¶2, as such funds are being held from the settlement proceeds and no disbursement is necessary from the Chapter 13 Trustee.

BY THE COURT:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge

Dated: 6/29/20