| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10570-PMM

WILLIAM F. MCNAMEE
ELEANOR M. MCNAMEE
500 KNIGHTSBRIDGE COURT APT C
BENSALEM  PA    19020

Petition Filed Date: 01/30/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 10/17/2019

Case Status: Completed on 6/ 5/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/11/2019 | $392.06 | Automatic Payr | 06/07/2019 | $392.06 | Automatic Payr | 07/09/2019 | $392.06 | Automatic Payr |
| 08/07/2019 | $392.06 | Automatic Payr | 09/10/2019 | $392.06 | Automatic Payr | 09/24/2019 | $411.00 | Monthly Plan P |
| 10/07/2019 | $426.26 | | 11/06/2019 | $426.26 | | 12/09/2019 | $426.26 | |
| 01/07/2020 | $426.26 | | 02/06/2020 | $426.26 | | 03/09/2020 | $426.26 | |
| 04/06/2020 | $426.26 | | 05/07/2020 | $426.26 | | 06/05/2020 | $18,770.70 | 1638779 |

**Total Receipts for the Period: $24,552.08    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,552.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 1 | POLICE & FIRE FCU »» 001 | Unsecured Creditors | $10,000.00 | $10,000.00 | $0.00 |
| 2 | POLICE & FIRE FCU »» 002 | Mortgage Arrears | $129.39 | $129.39 | $0.00 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $2,675.50 | $2,675.50 | $0.00 |
| 4 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $461.13 | $5.97 | $455.16 |
| 5 | POLICE & FIRE FCU »» 005 | Unsecured Creditors | $811.13 | $10.50 | $800.63 |
| 6 | POLICE & FIRE FCU »» 006 | Unsecured Creditors | $2,509.23 | $2,509.23 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $15,998.85 | $207.18 | $15,791.67 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $5,207.67 | $67.44 | $5,140.23 |
| 9 | BERKS COUNTY TAX CLAIM BUREAU »» 009 | Secured Creditors | $239.55 | $239.55 | $0.00 |
| 10 | CHASE BANK USA NA »» 010 | Unsecured Creditors | $19,371.51 | $250.86 | $19,120.65 |
| 11 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $35,547.39 | $460.33 | $35,087.06 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $7,552.34 | $97.80 | $7,454.54 |
| 13 | JP MORGAN CHASE BANK NA »» 013 | Secured Creditors | $353.16 | $353.16 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $4,788.59 | $62.01 | $4,726.58 |

**Chapter 13 Case No. 19-10570-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $644.26 | $8.34 | $635.92 |
| 16 | QUANTUM3 GROUP LLC as agent for »» 016 | Unsecured Creditors | $3,129.33 | $40.52 | $3,088.81 |
| 17 | QUANTUM3 GROUP LLC as agent for »» 017 | Unsecured Creditors | $3,362.81 | $43.55 | $3,319.26 |
| 18 | SYNCHRONY BANK »» 018 | Unsecured Creditors | $10,278.92 | $133.11 | $10,145.81 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $4,741.14 | $61.40 | $4,679.74 |
| 20 | M&T BANK »» 020 | Mortgage Arrears | $819.16 | $819.16 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $2,450.28 | $31.73 | $2,418.55 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,116.43 | $14.46 | $1,101.97 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $959.89 | $12.43 | $947.46 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $456.55 | $5.91 | $450.64 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,552.08 | Current Monthly Payment: | $426.26 |
| Paid to Claims: | $22,139.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,412.55 | Total Plan Base: | $24,552.08 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.