United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10570-pmm |
| William F. McNamee | Chapter 13 |
| Eleanor M. McNamee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: 138NEW | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. McNamee, Eleanor M. McNamee, 500 Knightsbridge Court, Apartment C, Bensalem, PA 19020-6144 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14265660 | | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14265661 | | AT&T/Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14265662 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14282682 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14362449 | | Berks County Tax Claim Bureau, Tax Claim Bureau Berks County, Services C, 633 Court St. Fl 2, Reading, PA 19601-3552 |
| 14282707 | | Berks County Tax Claim Bureau, 633 Court St 2nd Fl Svc Ctr, Reading Pa 19601 |
| 14265663 | | Cabelas WFB, PO Box 82608, Lincoln, NE 68501-2608 |
| 14265666 | | Capital One/ Cabelas, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14286862 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14265678 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14276520 | + | JPMORGAN CHASE BANK, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14409672 | + | Lau & Associates, P.C., 4228 St. Lawrence Ave, Reading, PA 19606-2894 |
| 14273778 | + | M&T Bank, as servicer for, Lakeview Loan Servicing, c/o Rebecca A. Solarz, Esq, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14265683 | | Phila Police & Fire FCU, 901 Arch St, Philadelphia, PA 19107-2404 |
| 14273636 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14265691 | | SYNCB/Cutting Edge, PO Box 956036, Orlando, FL 32801-5036 |
| 14265684 | | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14265685 | | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14265698 | | TD Bank USA/ TargetCredit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14265699 | | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14265701 | | Universal CD CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 12 2021 03:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14265660 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:38:53 | AT&T Universal Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14265661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:23:35 | AT&T/Citi, PO Box 6500, Sioux Falls, SD |

Case 19-10570-pmm    Doc 76    Filed 02/13/21    Entered 02/14/21 00:48:05    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 138NEW | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| | | | 57117-6500 |
| 14265676 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14265664 | Email/Text: cms-bk@cms-collect.com | Feb 12 2021 03:58:00 | Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 14265665 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:29:50 | Capital One Bank USA N, 10700 Capitol One Way, Glen Allen, VA 23060-9243 |
| 14265667 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:38:01 | Capital One/Bon Ton, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14265668 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 03:38:02 | Capital One/Boscovs, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14265672 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 14265673 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | Comenity Capital/YRTUI, PO Box 182120, Columbus, OH 43218-2120 |
| 14265675 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | ComenityCB/JJill, PO Box 182120, Columbus, OH 43218-2120 |
| 14265674 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2021 03:58:00 | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14265677 | Email/Text: mrdiscen@discover.com | Feb 12 2021 03:57:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14265679 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:47 | Home/Synchrony, Attn: BK Department, PO Box 965061, Orlando, FL 32896-5061 |
| 14265659 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:37:55 | Amazon/Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14265669 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:37:55 | Chase / Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 14265670 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:29:44 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14265671 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:21:26 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14265686 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 03:29:44 | Subaru Motors Finance/Chase, PO Box 182055, Columbus, OH 43218-2055 |
| 14287259 | Email/Text: bk.notifications@jpmchase.com | Feb 12 2021 03:58:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14265680 | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2021 03:57:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14279659 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2021 03:21:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14303788 | Email/Text: camanagement@mtb.com | Feb 12 2021 03:58:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14265681 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:21:24 | Lenscrafters/Synchrony Bank, Attn: BK Department, PO Box 965061, Orlando, FL 32896-5061 |
| 14265682 | Email/Text: camanagement@mtb.com | Feb 12 2021 03:58:00 | M&T Bank, M&T Bank Lending Services, PO Box 1288, Buffalo, NY 14240-1288 |
| 14297741 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:29:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14301073 | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2021 03:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14301074 | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2021 03:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14265687 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:50 | SYNCB/ Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14265688 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:50 | SYNCB/ QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14265689 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:50 | SYNCB/ Sam's Club DC, PO Box 965036, Orlando, FL 32896-5036 |
| 14265690 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:52 | SYNCB/Car Care Mein&Maco, PO Box 965001, Orlando, FL 32896-5001 |
| 14265692 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:52 | SYNCB/HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 14265693 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:29:41 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14265694 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:49 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14265695 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:50 | SYNCB/Sams Club, PO Box 965036, Orlando, FL 32896-5036 |
| 14265696 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:50 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14265697 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:29:41 | SYNCB/TJx CO, PO Box 965015, Orlando, FL 32896-5015 |
| 14265684 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:22:50 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14265685 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:31:37 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14266669 | + Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:29:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14265699 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:31:37 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14265700 | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:51 | Toro Consumer/Sychrony Bank, Attn: BK Department, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 11, 2021 | Form ID: 138NEW | Total Noticed: 66 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

**Name**            **Email Address**

KARINA VELTER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Eleanor M. McNamee shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
    on behalf of Debtor William F. McNamee shawn_lau@msn.com  g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William F. McNamee and Eleanor M. McNamee

       Debtor(s)                                                    Bankruptcy No: 19−10570−pmm

                                                                            Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

               United States Bankruptcy Court
               Office of the Clerk, Gateway Building
               201 Penn Street, 1st Floor
               Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                              Timothy B. McGrath
                                                                               Clerk of Court

Dated: 2/11/21

                                                                                                               75 − 74
                                                                                                           Form 138_new