**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Eleanor M. McNamee AKA Eleanor Marie McNamee** | : | **Case No.: 19-10570** |
| | : | **Chapter 13** |
| **William F. McNamee AKA Bill F. McNamee, Sr., AKA William F. McNamee, Sr., AKA William Francis McNamee** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |
| **Debtor(s).** | | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

19-007136_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10570** |
| **Eleanor M. McNamee AKA Eleanor** : | **Chapter 13** |
| **Marie McNamee** : | **Judge Patricia M. Mayer** |
| **William F. McNamee AKA Bill F.** : | * * * * * * * * * * * * * * * * * * * |
| **McNamee, Sr., AKA William F.** | |
| **McNamee, Sr., AKA William Francis** | |
| **McNamee** | |
| | |
| **Debtor(s)** | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Eleanor M. McNamee AKA Eleanor** : | |
| **Marie McNamee** : | |
| **William F. McNamee AKA Bill F.** : | |
| **McNamee, Sr., AKA William F.** : | |
| **McNamee, Sr., AKA William Francis** | |
| **McNamee** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Shawn J. Lau, Attorney for Eleanor M. McNamee AKA Eleanor Marie McNamee and William F. McNamee AKA Bill F. McNamee, Sr., AKA William F. McNamee, Sr., AKA William Francis McNamee, Lau & Associates, 4228 St. Lawrence Avenue, Reading, PA 19606, shawn_lau@msn.com

19-007136_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Eleanor M. McNamee AKA Eleanor Marie McNamee, 00 Knightsbridge Court, Apartment C, Bensalem, PA  19020

William F. McNamee AKA Bill F. McNamee, Sr., AKA William F. McNamee, Sr., AKA William Francis McNamee, 500 Knightsbridge Court, Apartment C, Bensalem,, PA  19020

DATE: March 6, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-007136_PS